To whom This may Concern:

RECEIVEDAcosta
COURT OF CRIMINAL APPEALS
Nov. 14, 2015

NOV 23 2015

Abel Acosta, Clerk

Hello, My Name is Ruth Barradas I believe you've heard from me already. I was the one who Sent you my Information on my Case. So i recieved a card saying ~~so~~ they've extended my ~~time~~ appeal time till Jan. 18, 2016 Thank you So much I really appreciate it. But i just don't understand. What else do i have to do now Do i wait are you'll going to send me paper work ~~to~~ do i have to Fill out anything please explain more about this. I'm really asking you to help me. Is the Court going to assigned me a Court appointed attorney or what now how do i go About this. Who's going to review my case i need Someone that's going to help me fight this case cause I'm innocent and i don't want to live my life in a place where i don't belong. So i ask you tell let me Know more I need more details about this and what's going on. like i Said before i don't speak English and don't understand alot about all this and what's it mean. please i ask if you Understand Spanish or anyone if they could explain to me on what else i have to do and who else i have to write to i'm giving you all of

my Information

Thank you for your time and patience please get back to me as soon as possible I'm really looking forward to hearing From you again....

Respectfully
Submitted,
Ruth Barradas
#1961485

COA Case No. 05-14-01271-CR

Tr. Ct. No. F12-63141-U          PD-1441-15